ETHEL M. WADDEY, Appellant, *v.* EVERETT WADDEY, JR., Respondent.

Submitted February 24, 1941; decided March 4, 1941.

*Henry H. Shepard* for motion.
*William J. H. Molinari* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the appeal lies as of right. (See 285 N. Y. 744.)